# Exhibit A

## OFFICE OF THE SECRETARY OF STATE
## OF THE STATE OF COLORADO

# CERTIFICATE OF FACT OF GOOD STANDING

I, Jena Griswold, as the Secretary of State of the State of Colorado, hereby certify that, according to the records of this office,

### MESSNER REEVES LLP

is a

Limited Liability Partnership

formed or registered on 03/23/1995   under the law of Colorado, has complied with all applicable requirements of this office, and is in good standing with this office.  This entity has been assigned entity identification number 19951038058 .

This certificate reflects facts established or disclosed by documents delivered to this office on paper through 08/28/2024  that have been posted, and by documents delivered to this office electronically through 08/29/2024 @ 12:52:26 .

I have affixed hereto the Great Seal of the State of Colorado and duly generated, executed, and issued this official certificate at Denver, Colorado on 08/29/2024  @ 12:52:26  in accordance with applicable law. This certificate is assigned Confirmation Number 16343286      .



_____
Secretary of State of the State of Colorado

*************************************************End of Certificate*************************************************

*Notice: A certificate issued electronically from the Colorado Secretary of State's website is fully and immediately valid and effective. However, as an option, the issuance and validity of a certificate obtained electronically may be established by visiting the Validate a Certificate page of the Secretary of State's website, https://www.coloradosos.gov/biz/CertificateSearchCriteria.do entering the certificate's confirmation number displayed on the certificate, and following the instructions displayed. Confirming the issuance of a certificate is merely optional and is not necessary to the valid and effective issuance of a certificate. For more information, visit our website, https://www.coloradosos.gov click "Businesses, trademarks, trade names" and select "Frequently Asked Questions."*