Stephen K. Christiansen (6512)
CHRISTIANSEN LAW, PLLC
311 South State Street, Ste. 250
Salt Lake City, UT 84111
Telephone: 801.716.7016
steve@skclawfirm.com

Kenneth E. Chase (Admitted Pro Hac Vice)
CHASE LAW & ASSOCIATES, P.A.
2700 N. Military Trail, Suite 150
Boca Raton, FL 33431
Telephone: 305.402.9800
kchase@chaselaw.com

Howard W. Foster (Admitted Pro Hac Vice)
FOSTER PC
155 N. Wacker Drive, Suite 4250
Chicago, IL 60606
Telephone: 312.726.1600
hfoster@fosterpc.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KOSHER EATS LLC, a Florida limited liability company, EMERALD CONSULTING PARTNERS LLC, a Florida limited liability company, ABBSON LLC, a New York limited liability company, MSC COMPANIES, LLC, a Utah limited liability company, and HOMEPEOPLE CORPORATION, a New York corporation,<br><br>         Plaintiffs,<br><br> v.<br><br>TORBEN WELCH, an individual, et al.<br><br>         Defendants. | **STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO MOTION FOR SANCTIONS**<br><br>Case No. 2:24-CV-00520-DBB-DBP<br><br>Judge David Barlow<br><br>Chief Magistrate Judge Dustin B. Pead |

Plaintiffs and the Individual Defendants (other than Torben Welch), through counsel, hereby stipulate and agree that plaintiffs may have until November 12, 2024, in which to file and serve its response to the "Individual Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 11." Plaintiffs' response is currently due October 29, 2024. The extension is requested so that the response is filed and served the same day as plaintiffs' response to defendant's Motion to Dismiss. A proposed form of Order is submitted herewith.

DATED this 24th day of October, 2024.

CHRISTIANSEN LAW, PLLC

/s/ Stephen K. Christiansen
Stephen K. Christiansen
*Attorney for Plaintiffs*

SPENCER FANE LLP

/s/ Keith A. Call
Keith A. Call
Troy Rackham
*Attorneys for Individual Defendants*
*Signed by Filing Attorney with Permission*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October, 2024, I caused a true and correct copy of the within and foregoing pleading to be served electronically upon all counsel of record via the Court's CM/ECF system.

/s/ Stephen K. Christiansen